Civil Action No.: **1:26‑CV‑11420‑LTS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _WAYFAIR, INC._

was received by me on (date) _3/24/26_ .  _C/O CT CORP._
_155 FEDERAL ST_
_BOSTON, MA_

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) _SEQUIERA CAVENDOT_ _CLERK_ , who is

designated by law to accept service of process on behalf of (name of organization) _WAYFAIR, INC._

_____ on (date) _3/25/26_ ; or
_10:15AM_

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_3/25/26_
Date

_John Rymaszewski_
Server's Signature

_JOHN RYMASZEWSKI - PROCESS SERVER_
Printed name and title

_PO BOX 869103_
_MILTON, MA 02186_
Server's Address

Additional information regarding attempted service, etc: