AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Chet Michael Wilson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-CV-11420 |
| Wayfair, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defant Wayfair, Inc.                                                                                        .

Date:    April 10, 2026                                                /s/ Nolan J. Mitchell
                                                                                    *Attorney's signature*

                                                            Nolan J. Mitchell (BBO # # 668145)
                                                                            *Printed name and bar number*

                                                                    Quarles & Brady LLP
                                                                    2020 K Street, NW, Suite 400
                                                                    Washington, DC 20006-1806
                                                                    (202) 780-2644
                                                                            *Address*

                                                            nolan.mitchell@quarles.com
                                                                            *E-mail address*

                                                                    (202)780-2644
                                                                            *Telephone number*

                                                                    (202) 372-9599
                                                                            *FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|