### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

CHET MICHAEL WILSON, individually
and on behalf of all others similarly situated,

      Plaintiff,

                              CIVIL ACTION FILE NO. 1:26-CV-11420

v.

WAYFAIR INC.

      Defendant.

_____/

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Undersigned counsel for Defendant Wayfair Inc. hereby moves the Court pursuant to Local Rule 83.5.3 to allow attorney Zachary S. Foster, Esq. to appear *pro hac vice* in the above-captioned matter. As grounds therefore, undersigned counsel states:

1.      Mr. Foster is a partner at Quarles & Brady LLP and a member in good standing of all the bars to which he has been admitted to practice.

2.      Undersigned counsel is a member of the bar of this Court and has appeared in this action on behalf of the Defendant, Wayfair Inc.

3.      In support of this Motion, Wayfair submits the as an exhibit hereto the Certification of Zachary Foster in accordance with Local Rule 83.5.3, which establishes that he is a member in good standing of the bar in every jurisdiction in which he is admitted to practice; there are no disciplinary proceedings pending against Mr. Foster in any jurisdiction;  he has not previously had a *pro hac vice* admission to this Court or any other court revoked for misconduct; and he is familiar with the Local Rules of this Court.

Dated: April 10, 2026                       Respectfully submitted,

WAYFAIR INC.

/s/ Nolan J. Mitchell
Nolan J. Mitchell (MA Bar # 668145)
Quarles & Brady LLP
2020 K Street, NW, Suite 400
Washington, DC 20006-1806
(202) 780-2644
nolan.mitchell@quarles.com

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Wayfair Inc. hereby certifies that counsel for Wayfair has conferred with counsel for Plaintiff concerning the subject matter of this Motion and Plaintiff does not oppose this Motion.

/s/ Nolan J. Mitchell
Nolan J. Mitchell

## CERTIFICATE OF SERVICE

I, Nolan J. Mitchell, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 10, 2026.

/s/ Nolan J. Mitchell
Nolan J. Mitchell

QB\101913345.1