# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CHET MICHAEL WILSON, individually
and on behalf of all others similarly situated,

      Plaintiff,

                                CIVIL ACTION FILE NO. 1:26-CV-11420

v.

WAYFAIR INC.

      Defendant.

_____/

## CERTIFICATION

I, Zachary S. Foster, hereby certify that:

1.     I am a partner at Quarles & Brady LLP, counsel for Defendant Wayfair, Inc. in this Action.

2.     I am a member in good standing of the bar in every jurisdiction in which I have been admitted to practice. I have been admitted to practice in the following jurisdictions:

    a.  State of Florida;

    b.  United States District Court, Middle District of Florida;

    c.  United States District Court, Northern District of Florida;

    d.  United States District Court, Southern District of Florida;

    e.  United States District Court, Western District of Tennessee;

    f.  United States District Court, Eastern District of Michigan;

    g.  United States Bankruptcy Court, Middle District of Florida; and,

    h.  United States Court of Appeals, 11th Circuit.

3.    There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

4.    I have not previously had a *pro hac vice* admission to this Court, or to any Court, revoked for misconduct.

5.    I am familiar with the Local Rules of the United District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2026

*/s/ Zachary S. Foster*
Zachary S. Foster (Fla Bar # 111980)
Quarles & Brady LLP
101 E. Kennedy Blvd, Suite 3400
Tampa, FL 33602
(813) 387-0273
zachary.foster@quarles.com