**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

CHET MICHAEL WILSON, individually
and on behalf of all others similarly situated,

        Plaintiff,

                                CIVIL ACTION FILE NO. 1:26-CV-11420

v.

WAYFAIR INC.

        Defendant.

_____/

**<u>DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME</u>**

        Defendant Wayfair Inc. moves for a 30-day extension of time within which to file and serve Defendant's response to the Class Action Complaint of Plaintiff Chet Michael Wilson, individually and on behalf of all others similarly situated ("Plaintiff").  Plaintiff does not oppose the extension requested herein.  In further support of this Motion, Defendant states as follows:

        1.      Plaintiff filed the Complaint in this action on March 24, 2026.

        2.      Defendant was served on March 25, 2026.

        3.      Pursuant to the Federal Rules of Civil Procedure, Defendant's current deadline to respond to the Complaint is April 15, 2026.

        4.      Quarles & Brady LLP was recently retained as counsel for Wayfair Inc. in this matter. Quarles & Brady LLP is in the process of investigating the allegations in the Complaint and requires additional time to complete its investigation and formulate an appropriate responsive pleading. Therefore, Defendant requests an additional 30 days, or up to and including May 15, 2026, to answer or otherwise respond to the Complaint.

        5.      Plaintiff does not oppose the extension requested herein.

QB\101913670.1

6.      Federal Rule of Civil Procedure 6(b) allows "the court, for good cause, [to] extend the time [to respond]…if a request is made before the original time or its extension expires." Here, the additional time requested will not unduly delay this matter, which was just recently filed, nor unfairly prejudice any party.  Instead, it will allow defense counsel to investigate the claims made and for defense counsel to prepare an appropriate responsive pleading.  Given the above, good cause exists for the Court to grant the relief requested herein.

WHEREFORE, Defendant Wayfair Inc. requests that this Court grant it an extension of time up to and including May 15, 2026, to file its responsive pleading to Plaintiffs' Complaint.

Dated: April 10, 2026

Respectfully submitted,

WAYFAIR INC.

*/s/ Nolan J. Mitchell*
Nolan J. Mitchell (MA Bar # 668145)
Quarles & Brady LLP
2020 K Street, NW, Suite 400
Washington, DC 20006-1806
(202) 780-2644
nolan.mitchell@quarles.com

Zachary S. Foster (*pro hac vice pending*)
Quarles & Brady LLP
101 E. Kennedy Blvd, Suite 3400
Tampa, FL 33602
(813) 387-0273
zachary.foster@quarles.com

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Wayfair Inc. hereby certifies that counsel for Wayfair has conferred with counsel for Plaintiff concerning the subject matter of this Motion and Plaintiff does not oppose this Motion.

*/s/ Nolan J. Mitchell*
Nolan J. Mitchell

QB\101913670.1

## CERTIFICATE OF SERVICE

I, Nolan J. Mitchell, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 10, 2026.

/s/ Nolan J. Mitchell
Nolan J. Mitchell

QB\101913670.1