**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>WAYFAIR INC.,<br><br>        Defendant. | **CIVIL ACTION NO. 1:26-cv-11420** |

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Wayfair Inc. hereby certifies that Wayfair Inc. is a nongovernmental party, and that no publicly-held corporation owns 10% or more of Wayfair Inc.'s stock. As noted in its answer being filed contemporaneously with this disclosure, Wayfair LLC is the correct defendant, not Wayfair Inc.

Dated: May 15, 2026

Respectfully submitted,


*/s/ Nolan Mitchell*

Nolan Mitchell (BBO No. 668145)
Nolan.Mitchell@quarles.com

QUARLES & BRADY LLP
2020 K Street NW
Suite 400
Washington, DC  20006
Telephone:    (202) 780-2644
Facsimile:     (202) 372-9572

Zachary Foster (admitted *pro hac vice*)
Zachary.Foster@quarles.com

QUARLES & BRADY LLP
101 E. Kennedy Boulevard
Suite 3400
Tampa, FL 33602
Telephone:    (813) 387-0300
Facsimile:     (813) 387-1800

- 2 -