**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

WAYFAIR INC.

Defendant.

CIVIL ACTION FILE NO. 26-cv-11420

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Dated: August 20, 2026

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street
Suite 2400
Hingham, MA 02043
617-485-0018
Fax: 508-318-8100
Email: anthony@paronichlaw.com

*/s/ Nolan Mitchell*
Nolan Mitchell (BBO No. 668145)
Nolan.Mitchell@quarles.com

QUARLES & BRADY LLP
2020 K Street NW
Suite 400

Washington, DC 20006
Telephone: (202) 780-2644
Facsimile: (202) 372-9572

Zachary Foster (admitted *pro hac vice*)
Zachary.Foster@quarles.com

QUARLES & BRADY LLP
101 E. Kennedy Boulevard
Suite 3400
Tampa, FL 33602
Telephone: (813) 387-0300
Facsimile: (813) 387-1800